UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA RAY, | ) | 1:04-cv-06173-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE DISMISSED** |
| JO ANNE B. BARNHART, | ) | **FOR PLAINTIFF'S FAILURE TO** |
| Commissioner of Social | ) | **TIMELY FILE AN OPENING BRIEF** |
| Security, | ) | (Doc. 15) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, represented by counsel, is proceeding in an action seeking judicial review of an administrative decision of the Commissioner of Social Security denying an application for disability benefits.

On August 27, 2004, plaintiff filed her complaint (Doc. 1). The Court's standard Scheduling Order (issued to pro se plaintiffs) directs plaintiff to file an Opening Brief ninety-five (95) days after the defendant files the administrative record, OR sixty-five (65) days after plaintiff served on defendant a confidential letter brief.  Defendant filed/lodged the administrative record on February 3, 2005 (Doc. 8).  On March

1

1  8, 2005, plaintiff filed a Stipulation and Order (Doc. 12) to
2  extend time to April 4, 2005, to "...file and serve Plaintiff's
3  Confidential brief", which the court construed as an extension of
4  time to file the Opening Brief as opposed to the confidential
5  letter.  On May 12, 2005, plaintiff filed a Stipulation and Order
6  (Doc. 15) to extend time so June 5, 2005, to "...file and serve
7  Plaintiff's Opening brief."  Thus, plaintiff's Opening Brief was
8  due to be filed and served on or before June 5, 2005.  To date,
9  plaintiff has neither filed an Opening Brief nor sought an
10 extension of time in which to do so.
11     A failure to comply with an order of the Court may result in
12 sanctions, including dismissal, pursuant to the inherent power of
13 the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.
14 P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501
15 U.S. 31, 42-43 (1991). Plaintiff's failure to timely file an
16 Opening Brief may result in dismissal of this action.
17     Accordingly, it is HEREBY ORDERED that:
18     1.   Plaintiff show cause why this action should not be
19 dismissed for lack of prosecution and failure to obey an order of
20 the Court; and,
21     2.   If plaintiff has any reasons why this action should not
22 be dismissed, they shall be submitted by a sworn Declaration of
23 facts on or before July 5, 2005, to which a supporting memorandum
24 of law may be appended, to include:
25          (A)  an explanation of the lack of activity in
26 this case; and,
27 //
28 /

2

(B)   shall list each specific step plaintiff plans to take to prosecute this case, and, particularly, to file and serve an Opening Brief.

Plaintiff is herein advised that failure to comply with and/or respond to this order will result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:   June 27, 2005**                               /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE